

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TREAUNA L. TURNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. K. JOHNSON,<br><br>　　　　Respondent. | Case No. CV 14-00579 AG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection [53]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

　　　　IT IS ORDERED that:

　　　　1.　　Petitioner's Objection merely reasserts the substantive arguments made in grounds two, five, and six, and reiterates her request for a stay and abeyance without any supporting argument. As her relevant contentions were fully and correctly addressed and rejected in the R&R, Petitioner's Objection is overruled for the reasons set forth in the R&R.

///

2. Petitioner's accompanying request for a 30-day extension of time to file her Objection [52] is DENIED as MOOT, as she has already filed her Objection and the Court has considered it.

3. Petitioner's renewed request for appointment of counsel [54] is DENIED for the reasons set forth in the R&R.

4. The Court accepts the findings and recommendation of the R&R.

5. Respondent's Motion to Dismiss is GRANTED as to the claims found to be unexhausted in the R&R, and those claims are deemed STRICKEN from the Third Amended Petition.

6. Petitioner's request for a stay and abeyance is DENIED for the reasons set forth in the R&R.

7. With 45 days of the date of this Order, Respondent is directed to file an answer addressing the merits of the remaining claims in the Petition. The answer and Petitioner's reply shall comply with the Magistrate Judge's Order Requiring a Response/Answer issued on February 25, 2014.

8. The matter is remanded to the Magistrate Judge for further proceedings not inconsistent with this Order. The clerk of the Court shall serve a copy of this Order on all counsel or parties of record.

Dated: November 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE