FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TREAUNA L. TURNER,<br><br>    Petitioner,<br><br>    v.<br><br>D. K. JOHNSON,<br><br>    Respondent. | Case No. CV 14-00579 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the unexhausted claims in grounds two, five, and six are dismissed without prejudice and deemed stricken from the Third Amended Petition for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE