UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREAUNA L. TURNER,<br>    Petitioner<br>  v.<br>D.K. JOHNSON,<br>    Respondent. | Case No. CV 14-00579-AG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: June 26, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE